# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 24-mj- 92-01-TSM
)
A SAMSUNG GALAXY A03, IMEI 357815981123565, )
PRESENTLY SECURED AT HOMELAND SECURITY )
INVESTIGATIONS, MANCHESTER, NH )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____New Hampshire_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of Child Pornography |
| 18 USC 2252A(a)(5)(B) | Possession/Access With Intent to View Child Pornography |

The application is based on these facts:
See affidavit of S.A. Adam Rayho, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Adam Rayho
*Applicant's signature*

Special Agent Adam Rayho, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone, email   *(specify reliable electronic means)*.

Date: 04/30/2024
*Judge's signature*

City and state: Concord, NH   Hon. Talesha Saint-Marc, U.S. Magistrate Judge
*Printed name and title*